In the Matter of FRIENDLY WINE AND LIQUOR STORE, INC., Respondent, against NEW YORK STATE LIQUOR AUTHORITY, Appellant.

Argued May 24, 1954; decided July 14, 1954.

*Alvin McKinley Sylvester* and *Emanuel D. Black* for appellant.

*William I. Cohen* and *Jack Reinstein* for respondent.

Order of the Appellate Division reversed, with costs, and determination of the State Liquor Authority confirmed upon the ground that there was substantial evidence before the State Liquor Authority to sustain its determination. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.